```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   COURTNEY FEIN, #244785
    Assistant Federal Defender
3   Designated Counsel For Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    JOSE CALDERON-HERRERA
7
```

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  No. Cr. S. 10-0463 JAM
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER TO CONTINUE
                                 )  STATUS CONFERENCE
12       v.                      )
                                 )  Date: JANUARY 4, 2011
13  JOSE CALDERON-HERRERA        )  Time: 9:30 a.m.
                                 )  Judge: Hon. John A. Mendez
14              Defendant.       )
                                 )
15  _____
```

16        THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17   Assistant United States Attorney, and Courtney Fein, Assistant Federal

18   Defender, attorney for JOSE CALDERON-HERRERA, that the Court should

19   vacate the status conference scheduled for December 14, 2010, at 10:00

20   a.m., and reset it for January 4, 2011, at 9:30 a.m.

21        Counsel for the defendant requires further time to review

22   discovery, discuss the contents of the discovery with her client, and

23   has not yet received a probation report.

24        The parties further stipulate that the Court should exclude the

25   period from the date of this order through January 4, 2011, when it

26   computes the time within which the trial of the above criminal

27

28   STIPULATION AND [PROPOSED] ORDER            1

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 9, 2010        Respectfully submitted,

                                                DANIEL BRODERICK
                                                Federal Defender

                                                /s/ C. Fein
                                                _____
                                                COURTNEY FEIN
                                                Assistant Federal Defender

Dated: December 9, 2010        BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ C.Fein for
                                                _____
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER      2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to January 4, 2011 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:_12/10/2010_____

_____        /s/ John A. Mendez_____
                                      HON. JOHN A. MENDEZ
                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER        3